UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SOLANO COUNTY SUPERIOR COURT,<br><br>　　　　　　Respondent. | No. 2:16-cv-1021 AC P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, styled as a notice of appeal of his state habeas petition. ECF No. 1. Petitioner has also requested appointment of counsel and that he be granted leave to proceed in forma pauperis, but he has not filed an in forma pauperis affidavit with the required certificate signed by a correctional staff. See 28 U.S.C. § 1915(a); Rule 3(a)(2), Rules Governing § 2254 Cases. Petitioner will be provided the opportunity to submit the completed affidavit in support of his request to proceed in forma pauperis.

　　　　Examination of the petition shows that petitioner has failed to specify any grounds for relief in his petition. See Rule 2(c), Rules Governing § 2254 Cases. He states that he is appealing the denial of his state court habeas petition, but does not attach a copy of that petition or identify the grounds he seeks to pursue in this court. The petition will therefore be dismissed with leave to amend. Petitioner will be provided with the proper form for habeas petitions in this

1

court and is hereby notified that in order for this court to review his application, he must refile his petition on the proper form.  Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

With respect to petitioner's request for appointment of counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  Petitioner has not yet stated any grounds for relief and is being given an opportunity to amend the petition to correct this omission.  At this early stage, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Summary

Petitioner needs to file an affidavit to support his request to proceed in forma pauperis. The Clerk of the Court will send petitioner the affidavit form which he must fill out and return to the court.  He must also have a prison employee complete the certificate portion of the affidavit before he returns it to the court.

The petition is dismissed with leave to amend because petitioner has not explained the reasons why he thinks he should be granted habeas relief.  He will be sent the form for habeas petitions.  Petitioner will need to fill in all the required information on the form and return it to the court.

Petitioner's request for counsel is denied because the court does not have enough information to find that the interests of justice require appointment of counsel.  Even though petitioner has not stated any claims, he is being given a chance to amend the petition to fix the problem.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis.

2. Petitioner's application for writ of habeas corpus (ECF No. 1) is dismissed with leave

to amend.  Petitioner must file an amended petition within thirty days from the date of this order.

3. Any amended petition must be filed on the form used by this court and must state all claims and prayers for relief on the form.  The petition must have the case number assigned to this action written on it and must bear the title "Amended Petition."

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus applications and a copy of the in forma pauperis form used by this district.

5. Petitioner's motion for appointment of counsel (ECF No. 1) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

6. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: May 20, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3