UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON,<br><br>  Petitioner,<br><br>  v.<br><br>SOLANO COUNTY SUPERIOR COURT,<br><br>  Respondent. | No. 2:16-cv-1021 AC P<br><br><br>ORDER |

Currently before the court are petitioner's motion for leave to proceed in forma pauperis (ECF No. 6) and motion for an extension of time to file an amended petition (ECF No. 7). Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a). Good cause appearing, petitioner's second request to extend his time to file an amended petition will also be granted. The current deadline for filing an amended petition is August 25, 2016, and petitioner shall have an additional sixty days from that date to file his amended petition. As petitioner should be aware, there is a one-year statute of limitations applicable to all claims presented in a federal habeas corpus petition. See 28 U.S.C. § 2244(d)(1); see also Mardesich v. Cate, 668 F.3d 1164, 1171 (9th Cir. 2012) (holding that the one-year statute of limitations applies to each claim in a habeas petition on an individual basis). By granting petitioner's motion, the court makes no finding or representation that petitioner's claims will be

timely. No further extensions will be granted absent a show of extraordinary circumstances.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (ECF No. 6) is granted.

2. Petitioner's motion for an extension of time (ECF No. 7) is granted and he shall have an additional sixty days, up to and including October 27, 2016, to file an amended petition. No further extensions will be granted absent a showing of extraordinary cause.

DATED: August 10, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE