UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON, | No. 2:16-cv-1021 AC P |
| Petitioner, | |
| v. | ORDER |
| SOLANO COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed May 23, 2016, the petition was dismissed with leave to amend. ECF No. 3. Petitioner has been granted two extensions of time to file an amended petition, and his amended petition is currently due on October 27, 2016. ECF No. 8. Petitioner was cautioned that no further extensions would be granted absent a showing of extraordinary cause. Id.

Petitioner has now filed a request for information stating that he has been transferred to the California Medical Facility[1] and separated from his legal materials and requires his case information in order to obtain priority legal user status. ECF No. 9. He further requests that the

---

[1] The court will direct the Clerk of the Court to update petitioner's mailing address, but petitioner is advised that if he is moved to a new institution in the future he should file a notice of change of address that includes his new address.

court send a notification with this information to the Litigation Coordinator at the institution where he is housed.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for information (ECF No. 9) is granted to the extent that this order provides him with his case information and confirms that he must file an amended petition by October 27, 2016, or risk dismissal of this action.

2. The Clerk of the Court is directed to update plaintiff's mailing address to California Medical Facility, P.O. Box 2000, Vacaville, CA 95696.

3. The Clerk of the Court is directed to fax a courtesy copy of this order to the Litigation Coordinator at the California Medical Facility at (707) 469-6006.

DATED: September 9, 2016.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE