# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON, | No. 2:16-cv-1021 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF SVSP, | |
| Respondent. | |

Petitioner has requested an extension of time to file a response to defendant's motion to dismiss. ECF No. 33. His deadline to respond is currently October 17, 2017. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 33) is granted; and

2. Petitioner shall have an additional thirty days to file a response to defendant's motion to dismiss, up to and including November 16, 2017.

DATED: September 26, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE