UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM MUNIZ, Warden, S.V.S.P.,<br><br>    Respondent. | No. 2:16-cv-1021 MCE AC P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file objections to the findings and recommendations. ECF No. 56. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 56) is granted; and

2. Petitioner shall file objections to the findings and recommendations within thirty days from the date of this order.

DATED: October 18, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE