UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON, | No. 2:16-cv-1021 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, Warden, S.V.S.P., | |
| Respondent. | |

Petitioner has requested the appointment of counsel. ECF No. 58. There currently exists no absolute right to appointment of counsel in habeas proceedings. Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A(a)(2) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." In light of the pending recommendation that the petition be dismissed for failing to state a cognizable claim and because it is wholly unexhausted (ECF No. 55), the court does not find that the interests of justice would be served by the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 58) is denied.

DATED: October 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE